```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM N. LATORRE, et al.        :    CIVIL ACTION
                                  :    NO. 15-5251
        Plaintiffs,               :
                                  :
    v.                            :
                                  :
DOWNINGTOWN AREA SCHOOL DISTRICT, :
                                  :
        Defendants.               :
```

## O R D E R

**AND NOW,** this **22nd** day of **May, 2017,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the parties' Motions for Summary Judgment (ECF Nos. 18, 19) are **DENIED.**

**AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,   J.**